THE PEOPLE OF THE STATE OF NEW YORK ex rel. HURIEL VITOLO, Appellant, against VERNON A. MORHOUS, as Warden of Great Meadow State Prison, Respondent.— Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.

ALVIENA MICHEL, as Administratrix of the Estate of EUGENE MICHEL, Deceased, Respondent, v. CITY OF TROY et al., Appellants.— Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ. [See *ante,* p. 837.]

In the Matter of HOTELS STATLER CO., INC., et al., Appellants. EDWARD CORSI, as Industrial Commissioner of the State of New York, Respondent.— Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ. [See *ante,* p. 814.]

OSCAR B. LONDON, Appellant, v. JENNIE JOSLOVITZ, Individually and as Executrix of JACOB JOSLOVITZ, Deceased, Respondent.— Application for leave to appeal to the Court of Appeals granted, and this court certifies that a question of law has arisen which in its opinion ought to be reviewed by the Court of Appeals, and certifies the following question: "Was so much of the order of the Special Term dismissing, pursuant to Rule 106 of the Rules of Civil Practice, the first cause of action set forth in the amended complaint properly made?" Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ. [See *ante,* p. 252.]